**Kirk D. FINCHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61696.**

Missouri Court of Appeals,
Western District.

May 20, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Susan L. Hogan, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, and Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: ROBERT G. ULRICH, P.J., JAMES M. SMART and VICTOR C. HOWARD, JJ.

**ORDER**

PER CURIAM.

Kirk D. Fincher appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. For reasons stated in the Memorandum provided to the par-